UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIE CLAUDINE JOSEPHINE DUGUE VIL,

                Plaintiff,

-against-

GENERAL MOTORS LLC,

                Defendant.

7:25-CV-7881 (JGLC)

ORDER OF SERVICE

JESSICA G. L. CLARKE, United States District Judge:

Plaintiff Marie Claudine Josephine Dugue Vil, of Pomona, Rockland County, New York, who appears *pro se*, sues General Motors LLC ("GM"), "a Delaware limited liability company with principal offices" in Detroit, Michigan. (ECF No. 1 at 1.) Plaintiff invokes the court's diversity jurisdiction, asserting claims of negligence, strict products liability, and failure to warn, and seeking damages in excess of $1,000,000.

By order dated September 26, 2025, the court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees. The Court directs service upon Defendant GM.

## DISCUSSION

Because Plaintiff has been granted permission to proceed IFP, she is entitled to assistance from the Court and the United States Marshals Service ("USMS") to effect service.[1] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date that the complaint is filed, Plaintiff is proceeding IFP and could not have effected service until the Court reviewed the complaint and ordered that a summons issue. The Court therefore extends the time to serve GM until 90 days after the date that a summons for GM issues.

court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the USMS to serve if the plaintiff is authorized to proceed IFP).

To allow Plaintiff to effect service upon GM through the USMS, the Clerk of Court is instructed to fill out a USMS Process Receipt and Return form ("USM-285 form") for GM. The Clerk of Court is further instructed to issue a summons for GM and deliver to the USMS all the paperwork necessary for the USMS to effect service of a summons and the complaint upon GM.

If a summons and the complaint are not served upon GM within 90 days after the date that the summons for GM is issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if her address changes, and the Court may dismiss this action if she fails to do so.

## CONCLUSION

The Court directs the Clerk of Court to mail an information package to Plaintiff.

The Court also directs the Clerk of Court to: (1) issue a summons for Defendant General Motors LLC; (2) complete a USM-285 form with the service address for Defendant General Motors LLC; and (3) deliver all documents necessary to effect service of a summons and the complaint upon Defendant General Motors LLC to the USMS.

SO ORDERED.

Dated:   November 18, 2025
         New York, New York

_____
JESSICA G. L. CLARKE
United States District Judge

**SERVICE ADDRESS FOR DEFENDANT**

General Motors LLC
300 Renaissance Center
Detroit, Michigan 48265