UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIE CLAUDINE JOSEPHINE DUGUE VIL,

Plaintiff,

-against-

GENERAL MOTORS LLC & MB WP MOTORS, LLC,

Defendants.

25-CV-7881 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On September 22, 2025, Plaintiff initiated this suit *pro se*, bringing negligence, strict products liability, and failure to warn claims against Defendant General Motors LLC ("General Motors"). ECF No. 1. On January 5, 2026, Defendant General Motors moved to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). ECF No. 8. On January 23, 2026, Plaintiff filed both an Amended Complaint against General Motors and Defendant MB WP Motors, LLC, ECF No. 10, and a Motion for Leave to Amend her Complaint. ECF No. 11.

Because Plaintiff amended her complaint within 21 days after service of General Motor's motion under Rule 12(b), Plaintiff amended her complaint as a matter of course pursuant to Federal Rule of Civil Procedure 15(a)(1)(B). Therefore, the Court denies both General Motor's Motion to Dismiss and Plaintiff's Motion for Leave as moot.

The Clerk of Court is directed to terminate ECF Nos. 8 and 11.


Dated: January 29, 2026
      White Plains, New York

                                      SO ORDERED.

                                        *Jessica Clarke*

                                      JESSICA G. L. CLARKE
                                      United States District Judge