UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIE CLAUDINE JOSEPHINE DUGUE VIL,

Plaintiff,

-against-

GENERAL MOTORS LLC & MB WP MOTORS,
LLC,

Defendants.

25-CV-7881 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

In light of Plaintiff's response to the Order to Show Cause, requesting dismissal of the

non-diverse Defendant MB WP Motors, LLC, *see* ECF No. 23 at 2, the Court dismisses all

claims against Defendant MB WP Motors, LLC without prejudice. The Clerk of Court is directed

to terminate Defendant MB WP Motors, LLC.

Dated: May 5, 2026
        White Plains, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge